MANUFACTURERS TRUST COMPANY, Appellant, v. SAM ENGEL and Others, Respondents.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted *in toto*. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MELVIN G. PALLISER and Others, as Executors, etc., of BERNHARD ZAHN, Deceased, Appellants, v. SAYLES, ZAHN COMPANY, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MARSTON CORPORATION, on Behalf of Itself and All Other Holders, Similarly Situated, of the First Mortgage Leasehold Sinking Fund 6½% Bonds of 11 West 42nd Street, Inc., and Others, Respondents, v. 11 WEST 42ND STREET, INC., Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

DANIEL E. KENNEDY, Appellant, v. LAWRENCE, BLAKE & JEWELL, INC., Respondent.— Order unanimously modified by requiring the service of a further amended answer within ten days after service of order with notice of entry thereof, and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GERTRUDE EVERETT, Respondent, v. ALLEN EVERETT, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

VINCENT CARRIQUE, an Infant, by His Guardian ad Litem, and Others, v. JAMES DENTON SHEA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE COLUMBIAN NATIONAL LIFE INSURANCE COMPANY v. MILDRED BURGER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LOUISE N. SHAW and HARRY J. MOORE v. THE CITY OF NEW YORK, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.

ABRAHAM J. GOLDSTEIN, Doing Business, etc., v. E. OSBORNE SMITH, INC., Impleaded with MANAGEMENT DEPARTMENT OF E. OSBORNE SMITH, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

GOLDBERGER CONSTRUCTION CORP. v. EDMUND J. RAPPOLI COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.